UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL RODRIGUEZ,            ) | Case No. CV 10-3261-PJW |
|                               ) | |
|         Plaintiff,            ) | |
|                               ) | J U D G M E N T |
|    v.                         ) | |
|                               ) | |
| MICHAEL J. ASTRUE,            ) | |
| Commissioner of the           ) | |
| Social Security Administration,) | |
|                               ) | |
|         Defendant.            ) | |

In accordance with the Memorandum Opinion and Order filed herewith,

IT IS HEREBY ADJUDGED that the decision of the Commissioner of the Social Security Administration is reversed and the action is remanded to the Agency for further proceedings consistent with this decision.

DATED: <u>September 22, 2011</u>.

_____
PATRICK J. WALSH
UNITED STATES MAGISTRATE JUDGE

S:\PJW\Cases-CLOSED\Closed-Soc Sec\RODRIGUEZ, M 3261\Judgment.wpd